1

2

3

4

UNITED STATES DISTRICT COURT

5

EASTERN DISTRICT OF CALIFORNIA

6

7    DAVID E. MACKEY,                          Case No.  1:22-cv-00962-EPG

8            Plaintiff,                        ORDER GRANTING APPLICATION TO
                                               PROCEED *IN FORMA PAUPERIS*
9        v.
                                               (ECF No. 8).
10   COALINGA STATE HOSPITAL, *et al.*

11           Defendants.

12

13          Plaintiff David E. Mackey ("Plaintiff") is proceeding *pro se* in this civil action pursuant to

14   42 U.S.C. § 1983. On August 5, 2022, this action was transferred to this Court from the

15   Sacramento Division pursuant to Local Rule 120(f). (ECF No. 5). On August 10, 2022, Plaintiff

16   submitted an application to proceed *in forma pauperis*. (ECF No. 8). The Court has reviewed the

17   application and Plaintiff has made the requisite showing under 28 U.S.C. § 1915(a).

18          Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma*

19   *pauperis* is GRANTED.[1]
     IT IS SO ORDERED.

20

21       Dated:   **August 22, 2022**                /s/ Erica P. Grosjean
                                                     _____
22                                                   UNITED STATES MAGISTRATE JUDGE

23

24
     _____
25   [1] As to the status of the complaint, Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court must
     conduct an initial review of a *pro se* complaint filed *in forma pauperis* to determine whether it is legally sufficient
26   under the applicable pleading standards. The Court must dismiss a complaint, or portion thereof, if the Court
     determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be
27   granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the
     Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the
28   deficiencies in the complaint can be cured by amendment. The complaint will be screened in due course and Plaintiff
     will be served with the resulting order.

1