1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| DAVID E. MACKEY, | No. 1:22-cv-00962-ADA-EPG (PC) |
|---|---|
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CASE |
| COALINGA STATE HOSPITAL, et al., | |
| Defendants. | (ECF No. 14) |

Plaintiff David E. Mackey, who appears to be a former civil detainee, is proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 14, 2023, the Magistrate Judge issued findings and recommendations, recommending that the Court dismiss Plaintiff's first amended complaint due to his failure to state cognizable claims. (ECF No. 14.) Plaintiff filed objections on May 8, 2023. (ECF No. 15.) Those objections consist of a single paragraph that contains no substantive arguments about the Magistrate Judge's analysis. (*See id.*)

///
///
///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on April 14, 2023, (ECF No. 14), are adopted in full;
2. Plaintiff's federal claims are dismissed with prejudice for failure to state a claim;
3. To the extent that the first amended complaint contains state law claims, those claims are dismissed, without prejudice, for failure to state a claim; and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   October 25, 2023                                     _____
                                                              UNITED STATES DISTRICT JUDGE